IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**

    **Plaintiff,**

v.                                            Case No. 4:22-cv-270-AW-MAF

**FLORIDA DEPARTMENT OF
CORRECTIONS and CENTURION
OF FLORIDA LLC,**

    **Defendants.**

_____/

## ORDER DENYING PRELIMINARY INJUNCTION MOTIONS AND SANCTIONS MOTION

Pending are three motions for preliminary injunction and a motion for sanctions. ECF Nos. 14, 20, 21, 27. The magistrate judge issued a report and recommendation concluding I should deny the first preliminary injunction motion. ECF No. 16. The magistrate judge then issued a second report and recommendation concluding I should deny the next preliminary injunction motion and the sanctions motion. ECF No. 22. Casey has objected to both. ECF Nos. 17, 25. I have considered the record, and I have considered de novo the issues raised in the objections.

I now adopt the first report and recommendation (ECF No. 16) and incorporate it into this order. The first preliminary injunction motion (ECF No. 14) is DENIED.

1

I now also adopt the second report and recommendation (ECF No. 22) and incorporate it into this order. The supplemental preliminary injunction motion (ECF No. 20) and the motion for sanctions (ECF No. 21) are DENIED.

The magistrate judge will conduct appropriate further proceedings.

SO ORDERED on December 20, 2022.

s/ *Allen Winsor*  
United States District Judge