IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**

    **Plaintiff,**

v.                                       Case No. 4:22-cv-270-AW-MAF

**FLORIDA DEPARTMENT OF
CORRECTIONS and CENTURION
OF FLORIDA LLC,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PRELIMINARY INJUNCTION

The magistrate judge issued a third report and recommendation (ECF No. 68) concluding I should deny Casey's second preliminary injunction motion (ECF No. 27). Having considered the matter, I agree. I now adopt the report and recommendation (ECF No. 68). The second preliminary injunction motion (ECF No. 27) is DENIED.

SO ORDERED on July 3, 2023.

                                                s/ *Allen Winsor*
                                                United States District Judge